```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>           Plaintiffs, <br><br>      vs. <br><br> BUC HEATING & AIR CONDITIONING, etc. <br><br>           Defendant. | NO.  C 06 3271 JCS <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for October 27, 2006 be continued to December 8, 2006 at 1:30 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: October 25, 2006

_____
Honorable Joseph C. Spero
Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE