1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 06 3271 JCS
   WORKERS, et al.,                     )
12                                      )   ORDER TO CONTINUE CASE
                        Plaintiffs,     )   MANAGEMENT CONFERENCE
13                                      )
            vs.                         )
14                                      )
   BUC HEATING & AIR CONDITIONING,      )
15 etc.                                 )
                                        )
16                      Defendant.      )
   _____)
17
           IT IS ORDERED that the Case Management Conference in this
18
   case set for December 8, 2006 be continued to March 2, 2007 at 1:30
19
   p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,
20
   CA.
21
   Dated: Dec. 1, 2006                  _____
22                                      Honorable          Spero
                                        Judge Joseph C. Spero
23

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE