```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiff, <br><br> vs. <br><br> BUC HEATING & AIR CONDITIONING, etc. <br><br> Defendant. | NO. C 06 3271 JCS <br><br> ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for April 6, 2007 continued to June 1, 2007 at 1:30 p.m. in Courtroom A, 15th Floor, San Francisco, CA.

Dated: March 30, 2007

_____
Mag. Judge Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         1