Case 3:06-cv-03271-CRW Document 25 Filed 05/24/2007 Page 1 of 1

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>BUC HEATING & AIR CONDITIONING, etc.<br><br>Defendant. | NO. C 06 3271 JCS<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for June 1, 2007 continued to June 29, 2007 at 1:30 p.m. in Courtroom A, 15th Floor, San Francisco, CA.

Dated: May 25, 2007

Honorable Jo[seph C. Spero]

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero